[Nos. 22126-8-II; 24158-7-II.    Division Two.    December 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID CULLERTON, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID CULLERTON, *Petitioner.*

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00311-5, James B. Sawyer II, J., entered May 22, 1997. *Affirmed* and petition *denied* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23299-5-II.    Division Two.    December 10, 1999.]

BRENDA LEE BROWN, ET AL., *Appellants*, v. JEANNETTE WHITCOMB BOOTHE, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-01562-7, Vicki L. Hogan, J., entered April 10, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 23358-4-II.    Division Two.    December 10, 1999.]

STEPHEN A. MEADOWS, ET AL., *Appellants*, v. KIRAN SINGH, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-2-00475-4, David E. Foscue, J., entered May 21, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23895-1-II.    Division Two.    December 10, 1999.]

ARANKA M. NAGY, *Respondent*, v. DAVID M. WILLIAMS, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02528-9, Gary Tabor, J., entered October 16, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.